■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE ROLLE, Appellant. [44 NYS3d 917]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 23, 2004 (*People v Rolle*, 4 AD3d 542 [2004]), affirming a judgment of the Supreme Court, Queens County, rendered March 29, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Chambers, Sgroi and LaSalle, JJ., concur.